This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

　　Plaintiff-Appellee,

v.　　　　　　　　　　　　　　　　　　　　　　**NO.　30,946**

**ADRIAN M.,**

　　Child-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Sandra A. Price, District Judge**

Gary K. King, Attorney General
Andrew S. Montgomery, Assistant Attorney General
Santa Fe, NM

for Appellee

Jacqueline L. Cooper, Chief Public Defender
Santa Fe, NM
Christopher M. Spinner, Assistant Appellant Defender
Aztec, NM

for Appellant

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

Pursuant to a conditional plea agreement, Adrian M. (Child) appeals from the district court's denial of his motion to suppress. The State has filed an answer brief, conceding that the district court erred.

The State asserts several grounds upon which the officer's stop of Child was unlawful. We are not bound by the State's concessions. *See State v. Caldwell*, 2008-NMCA-049, ¶ 8, 143 N.M. 792, 182 P.3d 775 ("This Court, however, is not bound by the State's concession[,] and we conduct our own analysis.").

**CONCLUSION**

Upon our review, we accept the State's concession of error on the basis that the officer's stop of Child had no valid basis. For this reason, we reverse the district court's denial of Child's motion to suppress.

**IT IS SO ORDERED.**

_____

**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____
**JONATHAN B. SUTIN, Judge**